**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00586-CV

**SENIOR CARE CENTERS, LLC D/B/A SENIOR CARE OF MIDLAND AND MIDLAND SCC, LLC D/B/A/ SENIOR CARE OF MIDLAND, Appellants**

**V.**

**CYNTHIA SHELTON, ET AL. AND BETSY TAYLOR, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAROLYN MCCAIN, DECEASED, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13395**

## ORDER

We **GRANT** appellees' July 18, 2014 motion requesting permission to participate in oral argument if appellants are permitted oral argument.

/s/    ADA BROWN
           JUSTICE